IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00196 CRB |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| XIAO CHENG MEI, et al., | |
| Defendants. / | |

The Court is in receipt of Defendant Xiao Cheng Mei's Motion for Extension of Time Within Which to Respond to Court Order of May 4, 2017, and GRANTS Defendant's request for an extension of time up to May 15, 2017. See Mot. (dkt. 1790). The Court advises Defendant that, notwithstanding Defendant's plea colloquy, the Court is prepared to exclude relevant conduct from the Court's sentencing consideration, or, in the alternative, to proceed with trial on the pending charges prior to sentencing. In the event that Defendant wishes to proceed with sentencing on October 10, 2017, and to include relevant conduct in the Court's sentencing consideration, Defendant is required to waive the assertions contained in his counsel's letter of April 24, 2017. See Notice (dkt. 1763) Ex. A.

**IT IS SO ORDERED.**

Dated: May 8, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE